# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LESTER E. WASHINGTON, JR. | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2868-S-BT |
| MARRIOTT INTERNATIONAL, INC. et al. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's motion for leave to proceed in forma pauperis [ECF No. 5] is **DENIED**. Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a complete in forma pauperis application showing their entitlement to proceed in forma pauperis within 30 days of this order or their case will be dismissed under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED February 13, 2026.

_____
**UNITED STATES DISTRICT JUDGE**